

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2017

No. 04-16-00754-CV

**IN THE INTEREST OF BABY V.,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00239
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court